UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:23-cv-00020-WR-WCM

| CLARA M. MANN, | |
|---|---|
| Plaintiff, | |
| v. | **RESPONSE IN OPPOSITION TO TRAILS CAROLINA, LLC'S MOTION TO DISMISS** |
| TRAILS CAROLINA, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. Rule 15(a)(1)(b) and within twenty-one (21) days after Defendant's service of its motion under Rule 12(b), [Doc. No. 10], Plaintiff filed her first Amended Complaint as a matter of right. [Doc. No. 12.] It is well-settled that a timely filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. See <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 573 (4th Cir.2001) (amended pleading renders original pleading of no effect); <u>Colin v. Marconi Commerce Sys. Employees' Retirement Plan</u>, 335 F.Supp.2d 590, 614 (M.D.N.C.2004) (defendants' earlier motion for summary judgment as to one count of first amended complaint rendered moot by filing of plaintiff's second amended complaint). Thus, Plaintiff's filing of her amended complaint renders Defendant's pending motion to dismiss moot.

                Respectfully submitted:

                s/Shaun C. Blake
                Shaun C. Blake, Esq. (N.C. Bar #35819)
                Jenkins M. Mann, Esq. (*pro hac pending*)
                Attorneys for Plaintiffs
                ROGERS LEWIS JACKSON MANN & QUINN, LLC
                1901 Main Street, Suite 1200
                Columbia, SC 29201
                Tel: (803) 256-1268
                Fax: 803-252-3653
                Email: sblake@rogerslewis.com
                        jmann@rogerslewis.com

April 7, 2023