# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL CASE NO. 1:23-CV-00020-MR-WCM

Clara M. Mann )
)
**Plaintiff(s),** )
)
vs. ) **DESIGNATION OF MEDIATOR**
)
Trails Carolina, LLC )
)
**Defendant(s).** )

Pursuant to the Pretrial Order and Case Management Plan entered 06/20/23, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

W.O. Brazil, III ("Bill"), Brazil & Burke, PA
77 Central Avenue, Suite E, Asheville, NC 28801
bill@brazilburkelaw.com

Respectfully submitted this 10th day of July, 2023.