UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00020

| | |
|---|---|
| CLARA M. MANN,<br><br>           **Plaintiff,**<br>v.<br>TRAILS CAROLINA, LLC,<br><br>           **Defendant.** | **DEFENDANT TRAILS CAROLINA, LLC'S MOTION FOR IN CAMERA REVIEW OR, IN THE ALTERNATIVE, MOTION TO SEAL** |

  **NOW COMES** Defendant Trails Carolina, LLC (hereinafter "Defendant"), by and through undersigned counsel, and hereby moves the Court for an *in camera* review of the Supplemental Amended Disclosure by Party or Intervenor in a Diversity Case. In the alternative, Defendant requests that the Supplemental Amended Disclosure by Party or Intervenor in a Diversity Case be made under seal, pursuant to Local Rule 6.1(c), and subject to a protective order. In support of this Motion, Defendant submits the *Memorandum of Law in Support of Defendant's Motion for In Camera Review or, in the Alternative, Motion to Seal* filed contemporaneously herewith and incorporated herein by reference.

  This the 1st day of August, 2023.

            **HEDRICK GARDNER KINCHELOE &**
            **GAROFALO LLP**

            By: */s/ Kristy M. D'Ambrosio*
               DAVID L. LEVY
               NC State Bar No. 34060
               KRISTY M. D'AMBROSIO
               NC State Bar No. 52817
               4201 Congress St, Suite 300
               Charlotte, NC 28209
               Phone: 704-366-1101
               Fax: 704-366-6181
               dlevy@hedrickgardner.com
               kdambrosio@hedrickgardner.com
               *Attorneys for Defendant Trails Carolina, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

>Shaun C. Blake
>Jenkins M. Mann
>Rogers Lewis Jackson Mann & Quinn LLC
>1901 Main Street, Suite 1205
>Columbia, SC 29201
>sblake@rogerslewis.com
>jmann@rogerslewis.com
>F: (803) 252-3653
>*Attorneys for Plaintiff*

This the 1st day of August, 2023.

>*/s/ Kristy M. D'Ambrosio*
>**KRISTY M. D'AMBROSIO**

00101C.06219