**EXHIBIT 1**

**AUDIO FILE – THREATING VOICE MESSAGE**

**AVAILABLE UPON REQUEST**